LAW OFFICE OF PATRICK CALHOUN
PATRICK CALHOUN, ESQ. (BAR #56671)
10797 Ridgeview Way,
San Jose, California 95127
(408722-8099
calhounonekgatty@aol.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No. 12-56050 SLJ |
| Auto Care Mall of Fremont Inc | Chapter 11 |
| Debtor(s). | **NOTICE OF HEARING RE: MOTION TO APPROVE TERMS OF SETTLEMENT BY AND BETWEEN DEBTOR AND BANK OF AMERICA** |
| | **DATE 1/18/13** <br> **TIME 3:00 PM** <br> **JUDGE JOHNSON** |

Please take Notice that on January 18th 2013 at 280 North First Street, San Jose, California 95110, at the US Bankruptcy Court in Courtroom 3099 before the Honorable Stephen L Johnson at 3:00pm or as soon thereafter as the Court can hear this matter, Fremont Auto Care Mall Inc. the Debtor herein will move this Court for Order confirming the terms of the settlement by and between Debtor and Bank of America. This motion is based upon the Motion of Debtor, all pleadings on file in this matter and any and all evidence presented at the hearing.

This hearing has been set on shortened time and anyone with opposition may respond in writing or orally before this Court on or before January 18th 2013 the day of the hearing.

/// ///

NOTICE OF HEARING

Dated: January 4, 2013

/s/ *Patrick Calhoun*
Patrick Calhoun Attorney for Debtor