Entered on Docket
March 07, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed March 7, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

AUTO CARE MALL OF FREMONT, INC,

Debtor.

Case No. 12-56050 SLJ

## ORDER TO SHOW CAUSE RE: DISMISSAL

This case came on for a chapter 11 status conference on March 7, 2013. Neither Debtor nor Debtor's counsel appeared. Other appearances were noted in the record.

Pursuant to 11 U.S.C. § 1112(b)(2), and (4)(E), based on Debtor and Counsel's failure to appear and to file a timely status conference statement, as required by the court's Notice of Status Conference in Chapter 11, the court orders Debtor to appear and show cause why this case should not be dismissed.

A hearing on this Order to Show Cause will be held on **April 4, 2013, at 10:00 a.m**. in courtroom 3099, 280 S. First Street, San Jose, California. Debtor shall file and serve on other

ORDER
-1-

parties a response to the Order to Show Cause by **March 27, 2013.** <u>If Debtor fails to file a timely response, the case will be dismissed and the hearing will not take place.</u>

IT IS SO ORDERED.

**\*\*\* END OF ORDER \*\*\***

ORDER

**COURT SERVICE LIST**

**[ECF Recipients Only]**

ORDER

Case: 12-56050    Doc# 102    Filed: 03/07/13    Entered: 03/07/13 12:41:03    Page 3 of 3