LAW OFFICE OF PATRICK CALHOUN
PATRICK CALHOUN, ESQ. (BAR #56671)
10797 Ridgeview Way
San Jose, CA 95127
Telephone: (408) 722-8099
E-mail: calhounonekgatty@aol.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 12-56050 SLJ |
| Auto Care Mall of Fremont, Inc., | Chapter 11 |
| Debtor. | Date: April 4, 2013 |
| | Time: 10:00 a.m. |
| | Place: 280 South First Street, Courtroom 3099 |
| | San Jose, CA |
| | Judge: Hon. Stephen L. Johnson |

**NOTICE OF HEARING OF MOTION TO DISMISS
BANKRUPTCY CASE AND FOR MISCELLANEOUS RELIEF**

TO: THE HONORABLE STEPHEN L. JOHNSON, UNITED STATES BANKRUPTCY JUDGE; CREDITORS; AND EQUITY SECURITY HOLDERS:

NOTICE IS HEREBY GIVEN a hearing will be held on April 4, 2013 at 10:00 a.m. before the Honorable Stephen L. Johnson on the Motion to Dismiss Bankruptcy Case and for Miscellaneous Relief (the "Dismissal Motion") filed on behalf of Auto Care Mall of Fremont, Inc. (the "Debtor").

The Motion seeks dismissal of the Chapter 11 case conditioned upon the immediate payment of accrued fees payable to the United States Trustee, undisputed administrative expenses and undisputed unsecured claims with the Bankruptcy Court reserving jurisdiction to determine the allowance of fees and expenses of Court approved professionals.

Pursuant to L.B.R. 9014-1©(2), any party opposing to this Dismissal Motion or any of the relief requested by this Motion must object to the relief requested no later than March 28, 2013. Any objection must be in writing and filed with the Bankruptcy Court and served on consul for the

1 Debtor no later than March 28, 2013.  A failure to timely object to the relief requested by this

2 Motion as provided above may be deemed as a consent to the requested relief.

3 Dated: March 13, 2013						LAW OFFICES OF PATRICK CALHOUN

									By:	/s/ Patrick Calhoun
										Patrick Calhoun, Esq.
										Attorneys for Debtor