JEFFER MANGELS
BUTLER & MITCHELL LLP
BENNETT G. YOUNG (#106504)
byoung@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Counsel to SUSAN UECKER, RECEIVER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>AUTO CARE MALL OF FREMONT, INC., a California corporation<br><br>Debtor. | CASE NO. 12-56050 SLJ<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

Certificate of Service. Case No. 12-56050 SLJ

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On March 18, 2013 I served the document(s) described as:

- STIPULATION RE RECEIVER'S TURNOVER OF FUNDS

in this action addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) True and correct copies of the aforementioned document(s) were deposited, in a sealed envelope with postage thereon fully prepaid, with the U.S. Postal Service on that same day to be mailed via first class mail at San Francisco, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)) Pursuant to the controlling Rules, the aforementioned document(s) will be served by the court via NEF and proper link(s) to the document(s).

Executed on March 18, 2013 at San Francisco, California.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Christine Logan*
Christine Logan

- 2 -    Certificate of Service, Case No. 12-56050 SLJ

**SERVICE LIST**

John S. Wesolowski
Office of the United States Trustee
280 S 1st Street, #268
San Jose, CA 95113-0002

PRINTED ON
RECYCLED PAPER

SF 1483202v1

- 3 -    Certificate of Service, Case No. 12-56050 SLJ