

JEFFER MANGELS
BUTLER & MITCHELL LLP
BENNETT G. YOUNG (#106504)
byoung@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Receiver
SUSAN L. UECKER

The following constitutes
the order of the court. Signed March 19, 2013

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTO CARE MALL OF FREMONT, INC., a California corporation<br><br>Debtor. | CASE NO. 12-56050 SLJ<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION RE RECEIVER'S TURNOVER OF FUNDS** |

This matter having come before the Court on the Stipulation re Receiver's Turnover of Funds (the "Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved.

**END OF ORDER**

COURT SERVICE LIST

SF 1453161v1

ORDER APPROVING STIPULATION RE
RECEIVER'S TURNOVER OF FUNDS

- 2 -