1 Law Office of Patrick Calhoun
Patrick Calhoun, Esq. (Bar #56671)
2 10797 Ridgeview Way
San Jose, CA 95127
3 Telephone: (408) 722-8099
E-mail: calhounonekgatty@aol.com

**The following constitutes
the order of the court. Signed April 15, 2013**

4 Attorneys for Debtor

*Stephen Johnson*

**Stephen L. Johnson
U.S. Bankruptcy Judge**

5

6

7

8

9

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

10

11 In re:                                     )    Case No.: 12-56050 SLJ
                                             )
12 Auto Care Mall of Fremont, Inc.,          )    Chapter 11
                                             )
13                         Debtor.           )
   _____)

14

### ORDER DISMISSING BANKRUPTCY CASE

15

16     This matter came on for hearing on April 4, 2013 at 10:00 a.m. on the Court's Order to

Show Cause Re: Dismissal.  Appearances are noted in the record.

17     No opposition to the Order to Show Cause was filed.

18     **THEREFORE, IT IS HEREBY ORDER THAT** this bankruptcy case is **DISMISSED**.

19

                          *** **END OF ORDER** ***

20

21 APPROVED AS TO FORM:

22 UNITED STATES TRUSTEE

23

24 By:   /s/ John S. Wesolowski
   John S. Wesolowski
25 Attorneys for United States Trustee

COURT SERVICE LIST

None. (All parties entitled to notice are participants in CM/ECF for this case and will be served through electronic transmission of the Notice of Electronic Filing.)